**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01811-NYW

PHILLIP ANTHONY VARNER

      Plaintiff,

v.

BRADLEY LUBKE, Greeley Police Officer,
PA BRIDGE, Greeley Police Officer,
CODY MASON, Greeley Police Officer,
KEN AMICK, individually and severally,
BRIAN HUNZIKER, individually and severally, and
CITY OF GREELEY,

      Defendants.

---

**ORDER REQUESTING REASSIGNMENT OF CASE**

---

Magistrate Judge Nina Y. Wang

      The above-captioned case was drawn to the Magistrate Judge pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges and Title 28 U.S.C. § 636(c).  Service has not been accomplished in this case, and there is a pending Motion to Dismiss, in which Plaintiff's counsel seeks an order of dismissal without prejudice. [#12].  This case should be redrawn to a district judge because consent has not been achieved and dismissal appears appropriate.

      IT IS ORDERED that Civil Action No. 14-cv-01811-NYW is returned to the Clerk to be redrawn to a district judge on the basis that consent was not achieved.

DATED:  March 16, 2015             BY THE COURT:

/s/ Nina Y. Wang_____
United States Magistrate Judge